IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JH ARCHITECTURE, PLLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:22-cv-00035-DAE |
| AVERY CONSTRUCTION, LLC, ALAN AVERY, and G CAPITAL LLC, | § § § § | Jury Trial Demanded |
| Defendants. | § § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Per the parties' joint motion to dismiss (Dkt. #35), this case is DISMISSED WITHOUT PREJUDICE, with each party bearing their own costs and attorneys fees. Pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994), this Court retains jurisdiction over the parties and subject matter such that it can enforce the parties' settlement agreement. The Clerk is directed to CLOSE THE CASE.

SO ORDERED.

SIGNED at San Antonio, Texas, this the 18th day of May 2022.

_____
David Alan Ezra
Senior United States District Judge